# EXHIBIT B

**(Declaration of Joseph P. Sakai)**

# EXHIBIT B

Abran E. Vigil
Nevada Bar No. 7548
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  (702) 471-7000
Facsimile:   (702) 471-7070
E-Mail:  vigila@ballardspahr.com
E-Mail:  sakaij@ballardspahr.com

*Attorney for Defendant Creative Mobile Technologies, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HYPERION PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>              Plaintiff,<br><br>v.<br><br>CREATIVE MOBILE TECHNOLOGIES, LLC, a New York Limited Liability Company; DOES I through V; and, ROE CORPORATIONS VI through X, inclusive,<br><br>              Defendants. | **DECLARATION OF JOSEPH P. SAKAI, ESQ., IN SUPPORT OF DEFENDANT CREATIVE MOBILE TECHNOLOGIES, LLC'S PETITION FOR REMOVAL** |

I, Joseph P. Sakai, declare as follows:

1. I am an attorney at Ballard Spahr LLP, counsel in this matter for Defendant Creative Mobile Technologies, LLC.  Except as otherwise stated, all matters set forth below are based upon my personal knowledge, and, if called as a witness, I am competent to testify as to the facts stated therein.

2. I make this Declaration in support of Creative Mobile Technologies, LLC's Petition for Removal of the case styled *Hyperion Partners, LLC v. Creative Mobile Technologies, LLC*, filed in the Eighth Judicial District Court of Nevada, Clark County, as Case No. A-20-815719-C.

1

3.      On July 8, 2020, I reviewed the Nevada Secretary of State's website and conducted a business search for Plaintiff Hyperion Partners, LLC.

4.      In conducting the business entity search for Plaintiff Hyperion Partners, LLC, I was able to retrieve publicly available information regarding the members of Hyperion Partners, LLC.

5.      My review of the publicly available information regarding the members of Hyperion Partners, LLC, indicated that Hyperion Partners, LLC, has two members, both of whom are managing members.

6.      Hyperion Partners, LLC's first managing member is Kerry McGonigal, whose address is 2793 Josephine Drive, Henderson, Nevada 89044.

7.      Hyperion Partners, LLC's second managing member is John Harris, whose address is 6826 N. 1st Place, Phoenix, Arizona 85012.

8.      Attached hereto as **Exhibit B-1** is a true and correct copy of the Nevada Secretary of State's website providing information on Hyperion Partners, LLC, including its two managing members and their addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated July 9, 2020.

By: /s/ Joseph P. Sakai
    Joseph P. Sakai

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

# EXHIBIT B-1

# EXHIBIT B-1

| | |
|---|---|
| **Entity Name:** HYPERION PARTNERS LLC | **Entity Number:** E0041172012-6 |
| **Entity Type:** Domestic Limited-Liability Company (86) | **Entity Status:** Active |
| **Formation Date:** 01/23/2012 | **NV Business ID:** NV20121049424 |
| **Termination Date:** Perpetual | **Annual Report Due Date:** 1/31/2021 |
| **Series LLC:** ☐ | **Restricted LLC:** ☐ |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name of Individual or Legal Entity:** LANCE A. MANINGO | **Status:** Active |
| **CRA Agent Entity Type:** | **Registered Agent Type:** Non-Commercial Registered Agent |
| **NV Business ID:** | **Office or Position:** |
| **Jurisdiction:** | |
| **Street Address:** 732 S. SIXTH STREET SUITE 102, LAS VEGAS, NV, 89101, USA | |
| **Mailing Address:** | |
| **Individual with Authority to Act:** | |
| **Fictitious Website or Domain Name:** | |

## OFFICER INFORMATION         ☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | KERRY MCGONIGAL | 2793 JOSEPHINE DR., HENDERSON, NV, 89044, USA | 01/06/2019 | Active |
| Managing Member | JOHN HARRIS | 6826 N 1ST PLACE, PHOENIX, AZ, 85012, USA | 01/06/2019 | Active |