# EXHIBIT C

**(Declaration of Ron Sherman)**

# EXHIBIT C

Abran E. Vigil
Nevada Bar No. 7548
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sakaij@ballardspahr.com

*Attorney for Defendant Creative Mobile Technologies, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HYPERION PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE MOBILE TECHNOLOGIES, LLC, a New York Limited Liability Company; DOES I through V; and, ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | **DECLARATION OF RON SHERMAN IN SUPPORT OF DEFENDANT CREATIVE MOBILE TECHNOLOGIES, LLC'S PETITION FOR REMOVAL** |

I, Ron Sherman, declare as follows:

1. I am Chief Executive Officer of Creative Mobile Technologies, LLC ("CMT"). I have been with CMT for 15 years. Except where based upon my review of records and documents regularly maintained in the ordinary course of business, all matters set forth below are based upon my personal knowledge, and, if called as a witness, I am competent to testify as to the facts stated therein.

2. I make this Declaration in support of CMT's Petition for Removal of the case styled *Hyperion Partners, LLC v. Creative Mobile Technologies, LLC*, filed in

1

the Eighth Judicial District Court of Nevada, Clark County, Case No. A-20-815719-C.

3. CMT is a limited liability company duly organized under the laws of New York.

4. CMT has three individual/human members who are citizens of the following states:

    a. New York

    b. Connecticut

    c. New Jersey

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on this 8th day of July, 2020

By: _____
Ron Sherman

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070