Abran E. Vigil
Nevada Bar No. 7548
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sakaij@ballardspahr.com

*Attorney for Defendant Creative Mobile Technologies, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HYPERION PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE MOBILE TECHNOLOGIES, LLC, a New York Limited Liability Company; DOES I through V; and, ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01278-KJD-VCF<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

Plaintiff Hyperion Partners, LLC ("Hyperion") and Defendant Creative Mobile Technologies, LLC ("CMT"), hereby submit this Joint Status Report Regarding Removal pursuant to the Court's July 9, 2020 minute order [ECF No. 2].

## 1. Status of the Action

Hyperion filed its Complaint on May 29, 2020 in the Eighth Judicial District court, Clark County, Nevada, Case No. A-20-815719-C. Hyperion served CMT with a summons and copy of the complaint on June 12, 2020. CMT timely removed this matter to this Court on July 9, 2020. [ECF No. 1] CMT filed a Motion to Transfer Venue on July 24, 2020. [ECF No. 5] Hyperion's deadline to respond to the CMT's

1

Motion to Transfer Venue was on August 7, 2020. Hyperion did not respond or otherwise oppose CMT's Motion to Transfer Venue.

### 2. Action Required by the Court

A decision on CMT's pending, unopposed Motion to Transfer Venue.

### 3. Pending Matters Requiring the Court's Attention Not Previously Attached to the Notice of Removal

A decision on CMT's pending, unopposed Motion to Transfer Venue.

Dated August 10, 2020.

| MANINGO LAW | BALLARD SPAHR LLP |
|---|---|
| By: ___/s/ Lance Maningon_____<br>Lance A. Maningo<br>Nevada Bar No. 6405<br>400 South 4th Street, Suite 650<br>Las Vegas, NV 89101<br>Telephone: (702) 626-4646<br><br>*Attorneys for Hyperion Partners, LLC* | By: _/s/ Joseph P. Sakai_____<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Joseph P. Sakai<br>Nevada Bar No. 13578<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Counsel for Defendant Creative Mobile Technologies, LLC* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2020, a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING REMOVAL,** was filed and served via the Court's electronic service on all parties in interest.

                                                  /s/ M. Carlton
                                                  An Employee of BALLARD SPAHR LLP